# Court of Appeals
# of the State of Georgia

ATLANTA,   August 15, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2359.  MARK BOWERS v. THE STATE.**

In July 2009, Mark Bowers pled guilty to obstructing a corrections officer, and the trial court sentenced him to 12 months consecutive to a sentence Bowers was already serving.  On May 30, 2012, Bowers filed a motion seeking to have his sentence modified.  The trial court denied the motion, and Bowers filed this direct appeal.

Under OCGA § 17-10-1 (f), a court may correct or reduce a sentence during the year after its imposition or within 120 days after remittitur following a direct appeal, whichever is later.  See *Frazier v. State*, 302 Ga. App. 346, 347-348 (691 SE2d 247) (2010); *Burg v. State*, 297 Ga. App. 118, 118 (676 SE2d 465) (2009). Once this statutory period expires, a trial court may modify a sentence only if it is void.  *Jones v. State*, 278 Ga. 669, 670 (604 SE2d 483) (2004).  Here, Bowers does not contend that his sentence was void. We thus lack authority to entertain the denial of his untimely motion to modify under OCGA § 17-10-1.  See *Frazier*, supra. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 08/15/2012
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


, *Clerk.*